**CIVIL MINUTES -- GENERAL**

Case No.    **CV 17-4455-JFW (AGRx)**             Date: July 12, 2017

Title:        Santiago N. Avila, et al. *-v-* Marriott International, Inc., et al.

**PRESENT:**

       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**      **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

       As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of June 19, 2017, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for July 24, 2017, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

       IT IS SO ORDERED.